## The Patapsco.

Upon a decree in the Circuit Court for a sum less than $2000, " with interest from a date named," an appeal lies here under the statute which gives an appeal " where the sum in dispute . . . exceeds $2000," provided that the sum for which the decree is given and the interest added to it together exceed $2000.

Boyce filed a libel in the District Court for the Southern District of New York, against the steamer Patapsco, claiming $1724. That court dismissed the libel; but, on appeal, the Circuit Court reversed the decree and sent the case to a master, to report the amount due. The master, on the 15th July, 1868, reported $1982. The Circuit Court confirmed the report, and on the 11th February, 1870, decreed in favor of the libellant for the amount reported, *with interest from the date of the report.* Adding the one year, six months, and twenty-six days' interest to the amount given by the report the sum was $2200 and upwards.

On this state of facts, *Mr. Orville Horwitz, for the appellee,*[*] moved to dismiss, on the ground that the $2000 necessary to give this court jurisdiction did not exist, unless by adding interest to the amount claimed, or to that reported due.

The statute, it will be remembered, gives an appeal "where the sum in dispute, exclusive of costs, exceeds $2000."

*Mr. Donohue, contra.*

The CHIEF JUSTICE: The decree of the Circuit Court was for the amount reported due the libellant on the 15th July, 1868, $1982, *and interest from the date of the report.* We think that interest to the date of the decree must be computed as a part of the sum for which the decree was rendered. The sum thus computed exceeds $2000, and the motion must, therefore, be

DENIED.